**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| MOHAMED A. MOHAMED, | : | |
| Plaintiff | : | |
| VS. | : | |
| Attorney General ERIC HOLDER, *et al.*, | : | NO. 7:11-cv-78 (HL) |
| Defendants | : | **O R D E R** |

*Pro se* Petitioner **MOHAMED A. MOHAMED'S** 28 U.S.C. § 2241 habeas corpus petition was transferred to this Court from the Northern District of Georgia on June 7, 2011. Petitioner now moves, before service, for voluntary dismissal of this action because the instant petition is duplicative of another petition Petitioner filed in this Court on May 16, 2011. *See Mohamed v. Holder*, 7:11-CV-59 (HL).

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a petitioner may voluntarily dismiss his action "before the opposing party serves either an answer or a motion for summary judgment[.]" Respondents have not yet served an answer or a motion for summary judgment. Accordingly, Petitioner's motion to dismiss is hereby **GRANTED** and the above-captioned action is deemed **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to refund the $5.00 filing fee paid by Petitioner in this action.

**SO ORDERED**, this 15th day of June, 2011.

>  *s/ Hugh Lawson*
> HUGH LAWSON
> UNITED STATES DISTRICT JUDGE

cr